IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES – INITIAL APPEARANCE AND GUILTY PLEA HEARING
FOR CRIMINAL INFORMATION

Case No.: 6:24CR00016                                            Date:  June 3, 2024

**Defendant:**                                                        **Counsel:**
(1) ENVIGO RMS, LLC                                   Christopher M. Denig (Retained)
(2) ENVIGO GLOBAL SERVICES, INC.          Daniel T. Grant (Retained)
*(Corporate Representative Present: Andrea Castetter)*   Daniel Suleiman (Retained)

TIME IN COURT:  IA: 11:01 – 11:10 (9 mins.); GP: 11:10 – 11:53 (43 mins.); TOTAL TIME:  52 mins.

PRESENT:
- JUDGE: Norman K. Moon
- Deputy Clerk: Carmen Amos
- Court Reporter: Lisa Blair
- U. S. Attorney: AUSA Randy Ramseyer, Trial Attorney Banu Rangarajan, AUSA Corey Hall, AUSA Carrie Macon, SAUSA Michelle Welch, Trial Attorney Sarah Brown
- USPO: Jasmine Davis, covering for Robert Hagy
- Case Agent: None Present

**PROCEEDINGS:**
- ☒ ORAL ORDER granting motions to appear pro hac vice.
- ☒ Waiver of Indictment filed as to Defendant #2, Envigo Global Services, Inc. (Only required for felony charges)
- ☒ Information filed.
- ☒ Plea Agreement filed with court.
- ☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
- ☒ Defendant #1, Envigo RMS, LLC arraigned as to Count 1.
- ☒ Defendant #2, Envigo Global Services, Inc. arraigned as to Count 2.
- ☒ Defendants' Corporate Representative, Andrea Castetter, placed under oath. Court questions her regarding her physical and mental condition, and advises her of her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea forms executed and filed.
- ☒ Government relies on statements set forth in the Information to support plea and rests. No Statement of Facts filed with court.
- ☒ Court finds Defendant #1, Envigo RMS, LLC guilty as charged in Count 1.
- ☒ Court finds Defendant #2, Envigo Global Services, Inc. guilty as charged in Count 2.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| **#1** Envigo RMS, LLC | Count One (1) of the Information | | | Misdemeanor |
| **#2** Envigo Global Services, Inc. | Count Two (2) of the Information | | | Felony |

- ☒ Court orders Presentence Report.
- ☒ Sentencing hearing scheduled for October 7, 2024 at 12:30 p.m. in Charlottesville before Judge Moon.