**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 6:24-CR-00016 |
| | ) | |
| ENVIGO RMS, LLC; | ) | |
| ENVIGO GLOBAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

With this Notice, Inotiv is attaching a copy of four final United States Department of Agriculture inspection reports, pursuant to its obligations under paragraph 15 of the Plea Agreement. These reports are available on Inotiv's publicly accessible website at https://www.inotivco.com/about/inspection-reports.

Dated: March 31, 2026

Respectfully submitted,

/s/ Casey Erin Lucier
Casey Erin Lucier (VSB No. 80363)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (202) 857-2482
Facsimile: (202) 828-3322
Email: clucier@mcguirewoods.com

*Counsel for Defendants Envigo RMS, LLC*
*and Envigo Global Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Casey Erin Lucier
Casey Erin Lucier (VSB No. 80363)

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*


Envigo RMS LLC

8520 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250

Customer ID: **506554**

Certificate: **32-A-0774**

Site: **004**

ENVIGO RMS LLC

Type: ROUTINE INSPECTION

Date: 17-MAR-2026

---

**3.53(a)(1)**          **Critical**

**Primary enclosures.**

There were four instances in which rabbits were found to have escaped their enclosures and did not survive. On 8/28/24, 10/14/24, 7/7/25, and 10/17/25 rabbits (1 in each instance) were found in the wastewater holding tank leading from the rabbit facilities to the lagoon. Investigations by the facility determined the rabbits were able to escape from their enclosures to access the gutter system in the floor under the cages which leads to the wastewater tanks. The facility observed some cage latches were missing or not functional or gutter guards were bent allowing escape. In some cases the does were able to push kits out of the rear of the enclosure. The facility installed doe guards at the rear and slant guards at the front of the cage to prevent this from occurring.

There was one instance in which a water regulator at the end of the row of enclosures malfunctioned and sprayed water into enclosures containing rabbits resulting in the death of some of the rabbit kits inside. It occurred overnight on 2/2/25 and was discovered when morning staff arrived. Water flooded nest boxes in 2 enclosures and 11 kits were found dead. Enclosures that do not contain the rabbits or protect them from water spraying from malfunctioning regulators can result in injury or death to the animals.

Primary enclosures must be maintained in good repair to protect the rabbits from injury and to contain them.

Correct by: The facility instituted corrective actions prior to the inspection. Continue to ensure enclosures contain the rabbits and protect them from injury from 3/17/26 forward.

**3.53(a)(4)**          **Critical**

**Primary enclosures.**

There have been several instances of pre-weaned rabbits' legs slipping through the cage floor resulting in injury. The facility began tracking the issue in July 2025 during which 18 injuries requiring euthanasia were observed. In August 2025, there were 8 injured rabbits requiring euthanasia and one death. In September 2025, there were 5 injured rabbits requiring euthanasia and one death. In October 2025, there were 5 injured rabbits requiring euthanasia and one death. In December 2025, there was 1 injured rabbit requiring euthanasia and one death. In January 2026, there were 2 injured rabbits requiring euthanasia. In March 2026, there was 1 injured rabbit requiring euthanasia. The facility began using plastic mats in approximately October 2025 which significantly reduced instances.

Primary enclosures that allow rabbits' legs to slip through the cage floor can result in injury to the animals.

The floors of the primary enclosures shall be constructed to protect the rabbits' feet and legs from injury.

---

**Prepared By:**   CHRISTINA RADZAI                              **Date:**

                                        USDA, APHIS, Animal Care         17-MAR-2026

   **Title:**   VETERINARY MEDICAL
             OFFICER

**Received by Title:**   Facility Representative                   **Date:**

                                                                17-MAR-2026


Correct by: The facility instituted corrective actions prior to the inspection. Continue to ensure floors protect the rabbits' feet and legs from injury from 3/17/26 forward

**3.55**　　　　　　　　**Critical**

**Watering.**

There was one instance in which rabbits did not have access to water for 2 days resulting in their death. On 10/20/25, 8 newly weaned rabbits were found deceased. The water line attached to the rack was clogged which prevented water supply to the enclosures. Five newly weaned rabbits from the same rack died over the next few days despite supportive care resulting in a total of 13 deceased rabbits.
Failure to provide water may result in illness or death of the animals.
Sufficient potable water must be provided daily except as might otherwise be required to provide adequate veterinary care.
Correct by: The facility instituted corrective actions prior to the inspection. Continue to provide adequate water from 3/17/26 forward.

This inspection and exit interview were conducted with the facility representatives.

**Prepared By:** CHRISTINA RADZAI

USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER

**Date:**
17-MAR-2026

**Received by Title:** Facility Representative

**Date:**
17-MAR-2026



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 506554
Inspection Date: 17-Mar-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506554 | 32-A-0774 | 004 | ENVIGO RMS LLC | 17-MAR-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 014973 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 014973 | **Total** | |



# Inspection Report

Envigo Global Services Inc

310 Swamp Bridge Road
DENVER, PA 17517

Customer ID: **506556**

Certificate: **23-R-0187**

Site: 003

ENVIGO GLOBAL SERVICES INC

Type: FOCUSED INSPECTION

Date: 25-MAR-2026

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with the facility representatives.

Prepared By:   CHRISTINA RADZAI

                   USDA, APHIS, Animal Care

Title:   VETERINARY MEDICAL
       OFFICER

Date:
25-MAR-2026

Received by Title:   Facility Representative

Date:
25-MAR-2026



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 506556
Inspection Date: 25-Mar-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506556 | 23-R-0187 | 003 | ENVIGO GLOBAL SERVICES INC | 25-MAR-2026 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000000 | NONE | NONE |
| 000000 | Total | |



United States Department of Agriculture
Animal and Plant Health Inspection Service

RFERGUSON
**INS-0001568758**

## Inspection Report

Envigo RMS LLC

8520 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250

Customer ID: **506554**

Certificate: **32-A-0774**

Site: 008

Envigo RMS LLC

Type: ROUTINE INSPECTION

Date: 24-MAR-2026

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with the facility representative.

Prepared By:  ROBERT FERGUSON

USDA, APHIS, Animal Care

Title:  VETERINARY MEDICAL
OFFICER

Date:
25-MAR-2026

Received by Title:  Facility Representative

Date:
25-MAR-2026



# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 506554 | 32-A-0774 | 008 | Envigo RMS LLC | 24-MAR-2026 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 005274 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 005274 | **Total** | |


## Inspection Report

Bronco Research Services LLC

1512 Webster Ct.
Fort Collins, CO 80524

Customer ID: **507737**

Certificate: **84-R-0091**

Site: 002

INOTIV

Type: ROUTINE INSPECTION

Date: 24-MAR-2026

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with the IACUC chair and the attending veterinarian.

| Prepared By: | MARY ANN ARCHER | | **Date:** |
|---|---|---|---|
| | USDA, APHIS, Animal Care | | 27-MAR-2026 |
| **Title:** | VETERINARY MEDICAL OFFICER | | |

Received by Title: Facility Representative

**Date:**
27-MAR-2026



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 507737
Inspection Date: 24-Mar-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|-----------|------|-----------|------------|
| 507737 | 84-R-0091 | 002 | INOTIV | 24-MAR-2026 |

| Count | Scientific Name | Common Name |
|--------|------------------|-------------|
| 000025 | *Ovis aries aries* | SHEEP INCLUDING ALL DOMESTIC BREEDS |
| 000025 | **Total** | |