**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 6:24-CR-00016 |
| | ) | |
| ENVIGO RMS, LLC; | ) | |
| ENVIGO GLOBAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

With this Notice, Inotiv is attaching a copy of one final United States Department of Agriculture inspection report, pursuant to its obligations under paragraph 15 of the Plea Agreement. This report is available on Inotiv's publicly accessible website at https://www.inotivco.com/about/inspection-reports.

Dated: April 15, 2026

Respectfully submitted,

*/s/ Casey Erin Lucier*
Casey Erin Lucier (VSB No. 80363)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (202) 857-2482
Facsimile:  (202) 828-3322
Email: clucier@mcguirewoods.com

*Counsel for Defendants Envigo RMS, LLC*
*and Envigo Global Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Casey Erin Lucier
Casey Erin Lucier (VSB No. 80363)

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*



United States Department of Agriculture                    **MARCHER**
Animal and Plant Health Inspection Service                **INS-0001571009**

## Inspection Report

Bronco Research Services LLC

1512 Webster Ct.
Fort Collins, CO 80524

Customer ID: **507737**

Certificate: **84-R-0091**

Site: **003**

Inotiv

Type: ROUTINE INSPECTION

Date: 24-MAR-2026

---

**2.31(e)(4)**                    **Critical**

**Institutional Animal Care and Use Committee (IACUC).**

On February 5, 2026, two dogs were noted as being depressed and drooling and received veterinary treatment after the highest dose of a dose escalation study. The next morning, one female beagle (1459785) was found deceased, and a male beagle (1524022) was found lethargic and minimally responsive and subsequently euthanized. Earlier in the study after administration of a lower dose of the test article, the dogs on study experienced lethargy, drooling, regurgitation, and weight loss. The protocol did not address the minimal effects needed to meet the study's goals. In order for the IACUC to evaluate an animal use proposal and its impact on the welfare of the animals involved, the proposal must include a description of procedures designed to assure that discomfort and pain to animals will be limited to that which is unavoidable for the conduct of scientifically valuable research, including provision for the use of analgesic, anesthetic, and tranquilizing drugs where indicated and appropriate. To be corrected by May 27th, 2026.

This inspection and exit interview were conducted with the IACUC chair and the attending veterinarian.

---

**Prepared By:**   MARY ANN ARCHER                                           **Date:**

　　　　　　　　　　　　　　USDA, APHIS, Animal Care           01-APR-2026

**Title:**   VETERINARY MEDICAL
OFFICER

**Received by Title:**   Facility Representative                                     **Date:**

01-APR-2026



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 507737
Inspection Date: 24-Mar-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 507737 | 84-R-0091 | 003 | Inotiv | 24-MAR-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000058 | *Canis familiaris* | DOG ADULT |
| 000058 | **Total** | |