**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 6:24-CR-00016 |
| | ) | |
| ENVIGO RMS, LLC; | ) | |
| ENVIGO GLOBAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

With this Notice, Inotiv is attaching a copy of one final United States Department of Agriculture inspection report, pursuant to its obligations under paragraph 15 of the Plea Agreement. This report is available on Inotiv's publicly accessible website at https://www.inotivco.com/about/inspection-reports.

Dated: April 21, 2026

Respectfully submitted,

/s/ Casey Erin Lucier
Casey Erin Lucier (VSB No. 80363)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (202) 857-2482
Facsimile: (202) 828-3322
Email: clucier@mcguirewoods.com

*Counsel for Defendants Envigo RMS, LLC*
*and Envigo Global Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Casey Erin Lucier

Casey Erin Lucier (VSB No. 80363)

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*

2



United States Department of Agriculture                    GMCFADDEN
Animal and Plant Health Inspection Service            **INS-0001572185**

## Inspection Report

BASi Gaithersburg                                    Customer ID: **506631**

13 First Field Road                                    Certificate: **51-R-0103**
DARNESTOWN, MD 20878                                         Site: 001

                                                           BASI GAITHERSBURG

                                                    Type: FOCUSED INSPECTION
                                                    Date: 01-APR-2026

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with the facility representative.

**Prepared By:**  GLORIA MCFADDEN                          **Date:**
                                USDA, APHIS, Animal Care        07-APR-2026
         **Title:**  VETERINARY MEDICAL
                     OFFICER

**Received by Title:**  Facility Representative             **Date:**
                                                             07-APR-2026
Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 506631
Inspection Date: 01-Apr-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506631 | 51-R-0103 | 001 | BASI GAITHERSBURG | 01-APR-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000187 | Oryctolagus cuniculus | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 000187 | Total | |